IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BERNADETTE TSOSIE, Individually and
as the Personal Representative for the Estate of
Irene Bekis-Begay, Deceased,

      Plaintiff,

v.                                           CV 14-664 WJ/WPL

UNITED STATES OF AMERICA;
ROBERT WEAVER, III, M.D.; FOUR COURNERS
RADIOLOGY ASSOCIATES, P.C.; SAN JUAN REGIONAL
MEDICAL CENTER, INC.; BLACK AND WHITE
CORPORATIONS 1-10; JOHN AND JANE DOES 1-10,

      Defendants.

## ORDER

James S. Bromberg, M.D., J.D., filed a motion to withdraw as counsel for Plaintiff. (Doc. 13.) The motion does not comply with the Local Rules. It does not indicate whether Plaintiff consents to the withdrawal of counsel. D.N.M.LR-Civ. 83.8(a). Furthermore, while the motion indicates that Plaintiff will be represented by the Barudin Law Firm, P.C., it does not indicate concurrence or opposition of the Barudin Law Firm. *See id.* Finally, counsel has not filed a proposed order as required by Rule 7.2 for unopposed motions. D.N.M.LR-Civ. 7.2. Accordingly, the motion to withdraw is denied.

IT IS SO ORDERED.

                                                                    William P. Lynch
                                                                    United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.