IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BERNADETTE TSOSIE, Individually and
As the Personal Representative for the Estate
of IRENE BEKIS-BEGAY, Deceased,

    Plaintiffs,

vs.                                                               No. 1:14-CV-00664-WJ/RHS

THE UNITED STATES OF AMERICA;
ROBERT WEAVER, III, M.D.; FOUR CORNERS
RADIOLOGY ASSOCIATES, P.C.; SAN JUAN
REGIONAL MEDICAL CENTER, INC.; BLACK
AND WHITE CORPORATIONS 1-10;
JOHN AND JANE DOES 1-10,

    Defendants.

## STIPULATED DISMISSAL WITHOUT PREJUDICE OF
## DEFENDANT SAN JUAN REGIONAL MEDICAL CENTER, INC.

COME NOW Plaintiffs, by and through their undersigned counsel, and hereby dismiss without prejudice Plaintiffs' Complaint against San Juan Regional Medical Center, Inc., and all causes of action that could have been brought therein against San Juan Regional Medical Center, Inc., pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i). Those Defendants who have filed their appearances, to wit: United States of America and Robert Weaver, III, MD, have agreed to this dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i). This dismissal is without prejudice and does not affect Plaintiffs' claim against any remaining Defendants.

        Respectfully submitted,
        BARUDIN LAW FIRM, P.C.

By:   */s/ Theodore W. Barudin*
        Theodore W. Barudin
        7900 Menaul Blvd NE
        Albuquerque NM  87110-4606
        (505) 332-1800
        Barudin@aol.com

And

   KAPLAN & LUKOWSKI, LLP
   Ronald I. Kaplan, MD, JD
   333 Sandy Springs circle, Suite 200
   Atlanta, Georgia 30328
   (404) 845-0012
   rik@kaplanlegal.com
   *Attorneys for Plaintiffs*

**APPROVED:**

*Email approved 3-10-15*
Roberto D. Ortega
US Attorney's Office - ABQ
District of New Mexico
PO Box 607
Albuquerque, NM 87103
(505) 346-7274
roberto.ortega@usdoj.gov
*Attorneys for the United States of America*

*Email approved 3-10-15*
Rick Beitler
Rodey, Dickason, Sloan, Akin & Robb, P.A.
201 Third Street N.W., Suite 2200
PO Box 1888
Albuquerque, NM 87103-1888
505-765-5900
rbeitler@rodey.com
*Attorneys for Robert Weaver, III, MD*