IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BERNADETTE TSOSIE, Individually and
As the Personal Representative for the Estate
of IRENE BEKIS-BEGAY, Deceased,

    Plaintiffs,

vs.                                                    No. 1:14-CV-00664-WJ/WPL

THE UNITED STATES OF AMERICA;
ROBERT WEAVER, III, M.D.; FOUR CORNERS
RADIOLOGY ASSOCIATES, P.C.; SAN JUAN
REGIONAL MEDICAL CENTER, INC.; BLACK
AND WHITE CORPORATIONS 1-10;
JOHN AND JANE DOES 1-10,

    Defendants.

## ORDER DISMISSING SAN JUAN REGIONAL MEDICAL CENTER, INC. WITHOUT PREJUDICE

THIS MATTER comes before the Court on the parties' *Stipulated Dismissal of Defendant San Juan Regional Medical Center, Inc. Without Prejudice*, and the Court being otherwise advised in the premises, finds that the Stipulation is well taken and is hereby granted.

_____
UNITED STATES DISTRICT JUDGE