IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BERNADETTE TSOSIE, Individually and
As Administrator for the Estate
Of IRENE BEKIS BEGAY, Deceased,

      Plaintiff,

vs.                                          No. 1:14-CV-00664 WJ/WPL

THE UNITED STATES OF AMERICA;
ROBERT WEAVER, III, M.D.; FOUR CORNERS
RADIOLOGY ASSOCIATES, P.C.; SAN JUAN REGIONAL
MEDICAL CENTER, INC.; BLACK AND WHITE
CORPORATIONS 1-10; JOHN AND JANE DOES 1-10

      Defendants.

## NOTICE OF SETTLEMENT

Plaintiff, by and through her attorneys, Theodore W. Barudin [BARUDIN LAW FIRM,

P.C.] and Ronald I. Kaplan, M.D. [KAPLAN & LUKOWSKI, LLP], and file this *Notice of*

*Settlement* advising the Court that the claims as between Plaintiff and the United States of America

only have been resolved and settled.

                  Respectfully submitted:

                  BARUDIN LAW FIRM, P.C.

                  */s/ Theodore W. Barudin*
                  Theodore W. Barudin
                  7900 Menaul Blvd NE
                  Albuquerque NM  87110-4606
                  (505) 332-1800
                  tbarudin@barudinlaw.com

                  And

                  Ronald I. Kaplan, M.D.
                  Kaplan & Lukowski, LLP
                  333 Sandy Springs Circle, Suite 200
                  Atlanta, Georgia 30328
                  (404) 854-0012
                  rik@kaplanlegal.com

*Attorneys for Plaintiff and Plaintiff Decedent*

## ***CERTIFICATE OF SERVICE***

I hereby certify that on the 1st day of December, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by e-mail; and electronic means, as more fully reflected on the Notice of Electronic filing:

**Rick Beitler**
Rodey, Dickason, Sloan, Akin & Robb, P.A.
201 Third Street N.W., Suite 2200
Post Office Box 1888
Albuquerque, NM 87103-1888
rbeitler@rodey.com

**Roberto D Ortega**
US Attorney's Office – ABQ
District of New Mexico
PO Box 607
Albuquerque, NM 87103
roberto.ortega@usdoj.gov

**Remo Gay and Melissa Brown**
Brown & Gay, P.C.
3810 Osuna Road NE, Suite 1
Albuquerque, NM 87109
mbrown@brownandgay.comcastbiz.net
rgay@brownandgay.com

***/s/Theodore W. Barudin***
Theodore W. Barudin