IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BERNADETTE TSOSIE, Individually and
As the Personal Representative for the Estate
Of IRENE BEKIS-BEGAY, Deceased,

        Plaintiff,

vs.                                            No. 1:14-CV-00664-WJ/RHS

THE UNITED STATES OF AMERICA;
ROBERT WEAVER, III, M.D., FOUR CORNERS
RADIOLOGY ASSOCIATES, P.C.; SAN JUAN REGIONAL
MEDICAL CENTER, INC.; BLACK AND WHITE
CORPORATIONS 1-10; JOHN AND JANE DOES 1-10

        Defendants.

## STIPULATED NOTICE OF VOLUNTARY PARTIAL DISMISSAL WITHOUT PREJUDICE

**COME NOW** the Plaintiffs, Bernadette Tsosie, individually, and as the Personal Representative of the Estate of Irene Bekis-Begay, Deceased, and the remaining identified Defendants who have filed Answers, The United States of America, Robert Weaver, III, M.D., and Four Corners Radiology Associates, P.C. ("Four Corners"), all appearing by and through their undersigned counsel of record and, pursuant to F$_{ED}$. R. C$_{IV}$. P. 41 (a)(1)(ii), respectfully give stipulated notice that the Plaintiffs' First Amended Complaint for Medical Negligence [Doc. 16] ("Amended Complaint") is hereby voluntarily dismissed by Plaintiffs without prejudice as against Four Corners only, with Plaintiffs and Four Corners to bear their respective costs of litigation incurred by Plaintiffs in connection with prosecution of their claims against Four Corners, and by Four Corners in connection with defending against Plaintiffs' claims.

Prepared and Submitted By:

BARUDIN LAW FIRM, P.C.


By: /s/Theodore W. Barudin 12-3-15
    Theodore W. Barudin
    Barudin Law Firm, P.C.
    *Attorneys for Plaintiff*
    Albuquerque, NM 87110-4606
    (505)332-1800
    Barudinlaw@aol.com

And

KAPLAN & LUKOWSKI, LLP


By: /s/Ronald I. Kaplan 12-3-15
    Ronald I. Kaplan, J.D., M.D.
    Kaplan & Lukowski, LLP
    *Attorneys for Plaintiffs*
    333 Sandy Springs Circle, Suite 200
    Atlanta, Georgia 30328
    (404) 854-0012
    rik@kaplanlegal.com


Approved as to Form and Content:

BROWN & GAY, P.C.


By: /s/ Remo E. Gay
    Remo E. Gay
    *Attorneys for Four Corners*
    *Radiology Associates, P.C.*
    3810 Osuna Road, NE, Suite One
    Albuquerque, New Mexico 87109-4417
    (505) 842-5715
    (505) 842-5713 facsimile
    rgay@brownandgay.com

**Approved as to Form and Content:**
RODEY DICKASON SLOAN AKIN & ROBB, PA

By: /s/ Remo E. Gay for Rick Beitler *Electronic Approval 12/02/15*
    Rick Beitler
    Rodey Dickason Sloan Akin & Robb PA
    *Attorney for Robert Weaver, III, M.D.*
    P.O. Box 1888
    Albuquerque, NM 87103-1888
    (505) 768-7260
    rbeitler@rodey.com

**THE UNITED STATES OF AMERICA**

By: Roberto D. Ortega *Electronic Approval 12/02/15*
    Roberto D. Ortega
    U.S. Attorney's Office
    *Attorneys for United States of America*
    P.O. Box 607
    Albuquerque, NM 87103-0607
    (505) 224-1519
    Roberto.ortega@usdoh.gov

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that I caused service of the foregoing Stipulated Notice of Voluntary Partial Dismissal without Prejudice via electronic filing system to all counsel of record this 3rd day of December, 2015.

| | |
|---|---|
| Remo E. Gay<br>*Attorneys for Four Corners*<br>*Radiology Associates, P.C.*<br>3810 Osuna Road, NE, Suite One<br>Albuquerque, New Mexico 87109-4417<br>(505) 842-5715<br>rgay@brownandgay.com | Rick Beitler<br>Rodey Dickason Sloan Akin & Robb PA<br>*Attorney for Robert Weaver, III, M.D.*<br>P.O. Box 1888<br>Albuquerque, NM 87103-1888<br>(505) 768-7260<br>rbeitler@rodey.com |
| Ronald I. Kaplan, J.D., M.D.<br>Kaplan & Lukowski, LLP<br>*Attorneys for Plaintiffs*<br>333 Sandy Springs Circle, Suite 200 | Roberto D. Ortega<br>U.S. Attorney's Office<br>*Attorneys for United States of America*<br>P.O. Box 607 |

| | |
|---|---|
| Atlanta, Georgia 30328 | Albuquerque, NM 87103-0607 |
| (404) 854-0012 | (505) 557-1519 |
| rik@kaplanlegal.com | Roberto.ortega@usdoh.gov |

*/s/ Theodore W. Barudin*
Theodore W. Barudin