IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BERNADETTE TSOSIE, Individually
and Administrator for the Estate of
Irene Bekis Begay, Deceased,

      Plaintiffs,

  vs.                                        No. CIV 14-00664 WJ/WPL

UNITED STATES OF AMERICA, et al.

      Defendants.

## STIPULATION OF DISMISSAL

Plaintiff and Defendant United States of America, through their undersigned counsel, hereby stipulate and agree that the above-captioned case and cause of action as to the United States are dismissed with prejudice, with each party to bear its own costs.

This stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

                Respectfully submitted,

                DAMON P. MARTINEZ
                United States Attorney

                */s/ Electronically filed on January 19, 2016*
                ROBERTO D. ORTEGA
                Assistant U.S. Attorney
                P.O. Box 607
                Albuquerque, NM 87103
                505.346.7274
                roberto.ortega@usdoj.gov

                *Counsel for Defendant United States*

*/s/ Electronic approval January 19, 2016*
Theodore W. Barudin
7900 Menaul Blvd. N.E.
Albuquerque, NM        87110
(505) 332-1800
tbarudin@barudinlaw.com

and

Ronald I. Kaplan, J.D., M.D.
Kaplan & Lukowski, LLP
333 Sandy Springs Circle, Suite 200
Atlanta, Georgia 30328
(404) 854-0012
rik@kaplanlegal.com

*Counsel for Plaintiff*