IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BERNADETTE TSOSIE, Individually and
As the Personal Representative for the Estate
of IRENE BEKIS-BEGAY, Deceased,

        Plaintiff,

vs.                                         No. 14-CV-00664-WJ/WPL

THE UNITED STATES OF AMERICA,
ROBERT WEAVER, III, M.D., FOUR CORNERS
RADIOLOGY ASSOCIATES, P.C.,

        Defendants.

## STIPULATION OF DISMISSAL
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED by and between the parties to this action, and by and through their designated counsel, that the above-entitled action is hereby dismissed with prejudice as to the claims of Plaintiff, Bernadette Tsosie, Individually and as the Personal Representative for the Estate of Irene Bekis-Begay, Deceased against Defendant, Robert Weaver, III, M.D., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each side to bear their owns costs and attorneys' fees.

Dated: 2/4/16

                              BARUDIN LAW FIRM, P.C.

                              By_____
                                  Theodore W. Barudin
                            7900 Menaul Blvd., NE
                            Albuquerque, NM 87110
                            (505) 332-1800
                            Barudinlaw@aol.com

-and-

Ronald I. Kaplan, M.D.
Kaplan & Lukowski, LLP
333 Sandy Springs Circle, Suite 200
Atlanta, Georgia 30328
(404) 854-0012
rik@kaplanlegal.com
*Attorneys for Plaintiff*


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By *[signature: Rick Beitler]*
Rick Beitler
Post Office Box 1888
Albuquerque, NM 87103
(505) 765-5900
rbeitler@rodey.com
*Attorneys for Defendant Robert Weaver, III, M.D.*